Same case below, 640 F.3d 1293.

Same case below, 162 N.H. 38, 27 A.3d 689.

**No. 11-6153. Leon Swichkow, Petitioner v. United States.**

565 U.S. 1116, 132 S. Ct. 1002, 181 L. Ed. 2d 744, 2012 U.S. LEXIS 284.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 636 F.3d 1315.

**No. 11-6365. George N. Greene, Jr., Petitioner v. United States.**

565 U.S. 1116, 132 S. Ct. 1003, 181 L. Ed. 2d 744, 2012 U.S. LEXIS 359.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 431 Fed. Appx. 191.

**No. 11-6257. Gordon Andrew Douglas, Petitioner v. Francisco Jacquez, Warden.**

565 U.S. 1116, 132 S. Ct. 1002, 181 L. Ed. 2d 744, 2012 U.S. LEXIS 236.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 626 F.3d 501.

**No. 11-6378. Roberto Vera-Gonzalez, Petitioner v. United States.**

565 U.S. 1116, 132 S. Ct. 1003, 181 L. Ed. 2d 744, 2012 U.S. LEXIS 387.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 429 Fed. Appx. 435.

**No. 11-6291. James E. Boyce, Petitioner v. United States.**

565 U.S. 1116, 132 S. Ct. 1002, 181 L. Ed. 2d 744, 2012 U.S. LEXIS 353.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 633 F.3d 708.

**No. 11-6380. Kim Van Pelt, Petitioner v. Alabama.**

565 U.S. 1117, 132 S. Ct. 1003, 181 L. Ed. 2d 744, 2012 U.S. LEXIS 309.

January 9, 2012. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 74 So. 3d 32.

**No. 11-6335. Daniel B., Petitioner v. Sunapee School District.**

565 U.S. 1116, 132 S. Ct. 1002, 181 L. Ed. 2d 744, 2012 U.S. LEXIS 358.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of New Hampshire denied.

**No. 11-6420. Juan Torres-Torres, Petitioner v. United States.**

565 U.S. 1117, 132 S. Ct. 1003, 181 L. Ed. 2d 744, 2012 U.S. LEXIS 259.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.